UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-20991-CIV-O'SULLIVAN
[CONSENT]

OSCAR BERMUDEZ RODRIGUEZ,
    Plaintiff,

v.

DEMOLITION KING, INC., and GUILLERMO
GONZALEZ, individually,
    Defendants.

_____/

## ORDER

THIS MATTER is before the Court based on the jury's verdict in favor of the plaintiff.  In the jury verdict, the jury answered "no" to the question "Have Defendants shown that the act or omission giving rise to the failure to pay overtime wages was in good faith and that they had reasonable grounds for believing that their act or omission was not a violation of the Fair Labor Standard[s] Act?"  See Special Interrogatories to the Jury (DE# 71, 2/19/15)  The defendant failed to timely file a memorandum of law or any opposition to address the jury's advisory opinion regarding the plaintiff's entitlement to liquidated damages.  See Order (DE# 73, 2/19/15) ("[I]t is ORDERED AND ADJUDGED that by **Friday, March 6, 2015**, the defendants shall file their memorandum of law addressing the jury's advisory opinion regarding the plaintiff's entitlement to liquidated damages.").  "An employer who violates the FLSA's overtime provision carries the burden of proving its entitlement to the safe harbor."  Rodriguez v. Farm Stores Grocery, Inc., 518 F.3d 1259 (11th Cir. 2008)(citing Joiner v. City of Macon, 814 F.2d 1537, 1539 (11th Cir. 1987).  "To satisfy the good faith requirement, an employer must show that it acted with both objective and subjective good faith."  Id. (citing Dyback v. Fla. Dep't of Correction, 942 F.2d 1562, 1566-67 (11th Cir. 1991).  "[L]iquidated damages are mandatory, absent a showing a good faith." Joiner, 814 F.2d at 1539 (citation omitted). The defendants

have failed to meet their burden.  Accordingly, it is

ORDERED AND ADJUDGED that the plaintiff is entitled to liquidated damages in the amount of $6,000, which equals the compensatory damages assessed by the jury for the defendants' violation of the FLSA.  See 29 U.S.C. § 216(b); Dyback, 942 F.2d at 1566.  An amended judgment will be entered to reflect the amount of liquidated damages awarded.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of March, 2015.

JOHN J. O'SULLIVAN  
UNITED STATES MAGISTRATE JUDGE

Copies to:  
All counsel of record